```
CFN  2022R0143337
OR BK 33025 Pgs 3795-3799 (5Pgs)
RECORDED 02/16/2022 16:03:12
DEED DOC TAX $48.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

**RECORDING REQUESTED**
**BY Raz Ofer AND WHEN**
**RECORDED MAIL TO:**
**942 Pennsylvania Ave**
**Miami Beach FL 33139**

## MEMORANDUM OF GROUND LEASE

THIS MEMORANDUM OF GROUND LEASE ("Memorandum") is made this ___ day of May, 2020, by and between Raziel Ofer and Raz Ofer, Manging Member for 1560/1568 DREXEL AVENUE LLC a Florida limited liability company ("Landlord"), and Yixin Holding LLC a New Mexico Limited Liability Company ("Tenant"), with reference to the following facts:

A. Landlord is in the process of acquiring fee absolute title to certain real property and improvements located thereon within the City of Miami Beach, County of Miami-Dade, State of Florida and more further described in Exhibit A attached hereto and incorporated herein ("Premises").

B. As of the date of this Memorandum, Landlord and Tenant have entered into one certain Ground Lease for the Premises ("Lease"), the term of which commences upon Landlord obtaining the permit ("Commencement Date").

NOW THEREFORE, on the Commencement Date, the parties wish to record this Memorandum to give notice of the Lease and the terms thereof including the following:

1. Pursuant to the terms of the Lease, Tenant leases from Landlord and Landlord leases to Tenant the Premises, as currently defined in the Lease.

2. The term of the Lease is for a period of five (5) years commencing on the Commencement Date, Lease rent will be 8,000.00 a month with a 2 years fix from Commencement Date after renovation.

3. In the Lease, the Landlord has granted the Tenant the option to purchase the Premises ("Option") at a price agreed by Mr. Raz Ofer (Landlord), provided that Tenant exercises such Option during the period commencing on the thirteenth (13th) month anniversary of the Commencement Date and continuing until the (4th) Year anniversary of the Commencement Date.




**EXHIBIT C**

4. Only Mr. Raz Ofer (Landlord) has the right to terminate this lease by given tenet in writing a 30 days notice.

5. This Memorandum is being recorded to give notice of (i) the Option and Put hereinabove described, and (ii) the Lease and the terms and conditions contained therein, all of which are incorporated herein in their entirety by this reference. This Memorandum is not intended to modify or alter in any way the terms and conditions of the Lease.

6. Subject to the terms and conditions of the Lease, this Memorandum shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors in interest or assigns.

7. This Memorandum may be executed in several counterparts, each of which shall be deemed an original.

[signature page to follow]



IN WITNESS WHEREOF, the parties hereto have executed this Memorandum of Ground Lease as of the date first written above.

**LANDLORD:**

1560/1568 DREXEL AVENUE LLC.
a Florida limited liability company

By: Raziel Ofer, Managing Member of
a Florida limited liability company
its General Partner

By: _____
Raziel Ofer, Authorized Signatory

**TENANT:**

Yixin Holding LLC
a New Mexico LLC

By: Shawna Farris
a New Mexico Limited Liability Company
its General Agent

By: _____
, REGISTERED AGENT

By: _Shawna Farris_

**EXHIBIT A**

To

**MEMORANDUM OF GROUND LEASE** Dated May 2, 2020

Legal Description

Real property in the City of Miami Beach, County of Miami Dade, State of Florida, described as follows:

LOT 8 and 9, BLOCK 59, OF LINCOLN SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 9, AT PAGE 69, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

(Folio) No. 02-3324-002-0750 and 02-3234-002-0760



OR BK 33025 PG 3799
LAST PAGE

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida }
} ss
County of Miami Dade }

On MAY 02, 2020, before me _BY STEE OLA GERLONDA YOUMANS_, Notary Public, personally appeared _BAZIEL OREN_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Signature

(This area for official notarial seal)

Notary Public State of Florida
Gerlonda Youmans
My Commission GG 224085
Expires 06/03/2022

Book33025/Page3799  CFN#20220143337

Page 5 of 5