IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-014716-CA-01
SECTION: CA04
JUDGE: Carlos Guzman

**DRO 15R LLC et al**

Plaintiff(s)

vs.

**AJAR Holdings LLC et al**

Defendant(s)

_____/

## WRIT OF ASSISTANCE

**TO THE ALL AND SINGULAR SHERIFFS OF THIS STATE:**

An Order was entered by this Court appointing a Conservator, Ramon Abadin, over the real property located at 1560 and 1568 Drexel Avenue, Miami, Beach, Florida (the "Subject Property"). In order to avoid any possible breach of the peace and interference with the Court's Order,

**YOU ARE HEREBY COMMANDED** to lend assistance to the Conservator and/or his counsel and/or agents, to ensure the peaceful and orderly turnover of the Subject Property. Any person(s) deemed to be interfering with the orderly turnover, including but not limited to Raziel Ofer; Robert Mendez; Michael Douglas; anyone affiliated with DRO 15R, LLC; RO 15R, LLC; and Yixin Holding, LLC, and/or acting on the behalf of any of the aforementioned, and/or at their direction, including any of their counsel, unless otherwise authorized by the Court to be on the premises, shall be escorted and removed from the property and/or taken into custody (if deemed necessary by law enforcement) until such time as they may be brought before the Court.

You are hereby empowered to open or cause to be opened, utilizing the services of a licensed locksmith if necessary, any doors, locks, or enclosures to put the Conservator and/or his counsel and/or agents in peaceful and orderly possession of the Subject Property.

The powers set forth in this Writ of Assistance shall extend throughout Miami-Dade County, including the premises located at 1560 and 1568 Drexel Avenue, Miami Beach, Florida.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 3rd day of March, 2022.



2021-014716-CA-01 03-03-2022 9:40 AM

Hon. Carlos Guzman

**CIRCUIT COURT JUDGE**

Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
David J Winker, dwinker@dwrlc.com
David J Winker, davidjwinker@gmail.com
David J Winker, davidjwinker@gmail.com
Eric P. Stein, docservice@epslaw.com
Eric P. Stein, eric@epslaw.com
Isaac Raijman, isaac@raijman.com
Lisa Fazzah-Diaz, lfd@dvllp.com
Maurean Mass, mmas@scorpionholdings.net
Melanie Damian, mdamian@dvllp.com
Melanie Damian, mdamian@dvllp.com
Melanie Damian, lfd@dvllp.com
Milton Raijman, milton@raijman.com
Nashid Sabir, nashid@bluoceanlaw.com
Nashid Sabir, nashidlaw@gmail.com
Nashid Sabir, brian@bluoceanlaw.com
Raziel Ofer, raz.ofer2@gmail.com
Robert Mendez, 942penn@gmail.com
Roniel Rodriguez IV, Ron@RJRfirm.com
Roniel Rodriguez IV, Ron@RJR.Company
Roniel Rodriguez IV, Ron@RJR.Partners
Russell Landy, rlandy@dvllp.com

Russell Landy, mdamian@dvllp.com
Russell Landy, jflores@dvllp.com
Sean Rowley, SRowley@legalservicesmiami.org
Sean Rowley, crodriguez@legalservicesmiami.org
Sean Rowley, pleadings@legalservicesmiami.org
Stuart Kab, srkalb@scorpionholdings.net
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org

**Physically Served:**