CFN: 20210803558 BOOK 32814 PAGE 4206
DATE:10/27/2021  09:23:04 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by
Melanie E. Damian, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

## CERTIFICATE OF INDEBTEDNESS OF THE CONSERVATOR OF CERTAIN REAL PROPERTY LEGALLY DESCRIBED ON THE ATTACHED EXHIBIT A

### FIRST LIEN

SERIES: A

ISSUE OF $150,000.00

Certificate No. 1                                                                                          $150,000.00

     FOR VALUE RECEIVED, on the maturity date specified below or upon order of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, whichever occurs first, the undersigned, **RAMON ABADIN**, not individually, but solely in his capacity as Conservator (the "Conservator") of the property situated at 1560 and 1568 Drexel Avenue, Miami Beach in Miami-Dade County, Florida and legally described on the attached **Exhibit A** (the "Property"), whose office is located at 232 Andalusia Avenue, Suite 200, Coral Gables, Florida 33134, promises to pay to the order of: **Metropolitan Mortgage Company, LLC,** a Florida limited liability company ("Payee"), whose address is P.O. Box 402188, Miami Beach, Florida 33140, or its successors and assigns, the principal sum of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) payable on or before twelve (12) months from date of funding (the "Maturity Date").

     Payment shall be made on presentation and surrender of this original certificate when due in accordance with the terms of this certificate at the office of the Conservator's counsel at Damian & Valori LLP, 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131. Interest shall accrue at a rate of 9.5% per year, computed daily on the principal balance outstanding hereunder from the date hereof. Both principal and interest are payable in lawful money of the United States of America at Payee's address described above, or at such other place as Payee shall in writing designate.

     This certificate is subject to redemption at any time before the Maturity Date at par and accrued interest by the payment of the amount due, principal and interest, to Payee at the place described above or at such other place as Payee shall in writing designate with 60 days notice.

**EXHIBIT F**

This certificate is issued under the authority of and in accordance with order of the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, dated October 12, 2021 (the "Order").

According to the terms of the Order, all certificates issued under the Order are, collectively, declared to be a debt of Ramon Abadin, solely as Conservator and not individually, his successors as Conservator or Conservators, and to constitute a lien upon the Property described in **Exhibit A**, and upon all its rents, earnings, proceeds and income therefrom which may come into the hands of the Conservator.

The lien of this certificate is a first lien upon the Property, prior in title and right to any and all other liens, unless specifically set forth herein, and superior to the rights, titles and interests of:

a. all parties named in this action;
b. the liens of any mortgages and other security documents purporting to encumber all or any part of the Conservatorship Estate and/or the Property, 1560 and 1568 Drexel Avenue, Miami Beach, Florida 33139, entered before and after the date hereof and any *lis pendens* filed in connection therewith;
c. any judgment holders', mechanics' liens or construction liens against the Conservatorship Estate and/or the Property, or any part of it, attaching or purporting to attach after the date of the Order Appointing Conservator;
d. any judgment holders', mechanics' liens or construction liens against the Conservatorship Estate and/or the Property, or any part of it, having attached or purporting to have attached before the date of the Order; if so ordered by the Court after notice to said lienor and a hearing; and
e. the claims of all stockholders, members, owners, interest holders and/or creditors of any parties named in Case No. 21-014716-CA-01 in the Circuit Court of Miami-Dade County, Florida, including but not limited to DRO 15R, LLC, RO 15R, LLC, Raz Ofer, Robert Mendez, Marina Plaza, S.A.,1560/1568 DREXEL AVENUE, LLC, and AJAR HOLDINGS, LLC, or of anyone claiming by, through or under any of them.

This certificate is executed by the Conservator, not personally, but solely as Conservator as aforesaid, and is payable out of the Conservatorship Estate, the Property, and in the manner provided by the Order authorizing this certificate. No personal liability shall be asserted or shall be enforced against the Conservator hereunder. A certified copy of this certificate may be recorded in the public records of Miami-Dade County, Florida.

In the event the sums secured by this certificate are not repaid to Payee on or before the Maturity Date, or upon further order of the Court, if sooner, all of the outstanding principal and interest due under this certificate shall become immediately due and payable, and Payee shall have the right to institute foreclosure proceedings against the Property. This certificate further secures all reasonable attorneys' fees, costs, charges and expenses of every kind, including the cost of an abstract of title to the Property, in connection with any suit for the foreclosure of this certificate at the trial and appellate levels as well as bankruptcy court. This certificate is freely assignable by Payee provided notice of any assignment shall be furnished to the Conservator.

***RAMON ABADIN*** has executed this certificate as Conservator, but not personally, on October 12, 2021, at Miami, Miami-Dade County, Florida.

_____
Conservator

## ACKNOWLEDGMENT

STATE OF FLORIDA       )
                       ):ss:
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] audio-video communication technology, this 12th day of October, 2021 by RAMON ABADIN, not individually but solely as Conservator, as aforesaid, who [ ✓ ] is personally known or [ ] has produced a driver's license as identification.

_____
Notary's signature
Print name:
Notary Public
State of Florida at Large
My commission expires:

(Notary's Seal)

LISA FAZZAH
MY COMMISSION # GG 932649
EXPIRES: January 15, 2024
Bonded Thru Notary Public Underwriters

3

## EXHIBIT A

### Legal Description

**LOT 8 and 9, BLOCK 59, OF LINCOLN SUBDIVISION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 9, PAGE 69 OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY, FLORIDA.**

**More commonly known as 1560 and 1568 DREXEL AVENUE, MIAMI BEACH, FLORIDA 33139**