UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

DRO 15R LLC,

    Debtor.

Case No. 22-12017-LMI

Chapter 11

### ORDER GRANTING EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

**THIS CAUSE** having come before the Court on the Emergency Motion for Relief from the Automatic Stay ("Motion"), filed by Ramon Abadin, as the Circuit Court-appointed conservator (the "Conservator"), pursuant to 11 U.S.C. § 362(d) and Local Rules 4001-1 and 9075-1, and the Court having reviewed the Motion and the file, having determined that proper notice has been provided and that requested emergency relief is warranted pursuant to 11 U.S.C. § 362(f), and being otherwise fully advised in the premises, it is hereby

**ORDERED** as follows:

1. The Motion is **GRANTED**.
2. The stay is lifted to allow the Conservator to resume his duties and obligations under the Eleventh Judicial Circuit Court's Appointment Order in Case No. 21-014716-CA-01, including without limitation taking immediate possession and control of the real property located at 1560 and 1568 Drexel Avenue, Miami Beach, Florida (the "Property"), and taking all other reasonable and

necessary action to protect the Property and its tenants, including seeking further relief as needed from the Circuit Court.

3. The Conservator is authorized to utilize the Sheriff to immediately proceed with the writ of assistance issued by the Circuit Court in Case No. 21-014716-CA-01 and to assist the Conservator accordingly.

4. The Conservator is authorized to continue to utilize the funds borrowed by the Conservator's Certificate for maintenance and operation of the Property, and for all purposes provided for by any order of the Circuit Court.

5. This Order is effective immediately and the 10-day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) with respect to the lifting of the automatic stay is waived.

####

Submitted by:
Kenneth Dante Murena
*Counsel for the Conservator*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
T: (305) 371-3960
F: (305) 371-3965
kmurena@dvllp.com

Copy furnished to: Kenneth Dante Murena
*Mr. Murena is directed to serve all interested parties and file a certificate of service.*